UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCIEN P. BAZLEY #358366 | CIVIL ACTION |
| VERSUS | NO. 12-2943 |
| WARDEN LADREYT | SECTION "N" (4) |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the traverse to the Magistrate Judge's Report and Recommendation filed by the petitioner on March 10, 2014 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Lucien P. Bazley's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 14th day of March, 2014.

UNITED STATES DISTRICT JUDGE