UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUCIEN P. BAZLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2943** |
| **WARDEN LADREYT** | **SECTION "E"** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Lucien P. Bazley's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state required remedies.

New Orleans, Louisiana, this 17th day of July, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**